1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DWIGHT FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR.S-03-0371-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| DWIGHT FOWLER, | ) | |
| | ) | Date: June 14, 2005 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | | Judge: Hon. Morrison C. England |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of May 10, 2005 be vacated and the matter set for status conference on June 14, 2005 at 8:30 am.

　　　This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

June 14, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  May 11, 2005.                    Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender

                                         Mark J. Reichel

DATED:  May 11, 2005.                    /s/MARK J. REICHEL
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Defendant


                                         McGREGOR SCOTT
                                         United States Attorney


DATED:  May 11, 2005.                    /s/MARK J. REICHEL for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 10, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2