QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DWIGHT FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  NO. CR.S-03-371-MCE
            Plaintiff,           )
                                 )
     v.                          )
                                 )  **STIPULATION AND ORDER;**
                                 )       **EXCLUSION OF TIME**
                                 )
DWIGHT FOWLER,                   )
                                 )  Date: June 21, 2005
            Defendant.           )  Time:  8:30 a.m.
_____)  Judge: Hon. Morrison C. England

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of June 14, 2005 be vacated and the matter set for status conference on June 21, 2005 at 8:30 am.

    This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 21, 2005, should be excluded in computing the time within which

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 12, 2005.                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

                                        Mark J. Reichel

DATED: May 12, 2005.                    /s/MARK J. REICHEL
                                        MARK J. REICHEL
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: May 12, 2005.                    /s/MARK J. REICHEL for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE