1   QUIN DENVIR, Bar #49374
    Federal Defender
2   MARK J. REICHEL, Bar #155034
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DWIGHT FOWLER

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )
11                                    )   NO. CR.S-03-371-MCE
                      Plaintiff,      )
12                                    )
         v.                          )
13                                    )      **STIPULATION AND ORDER;**
                                     )        **EXCLUSION OF TIME**
14                                    )
    DWIGHT FOWLER,                    )
15                                    )   Date: June 28, 2005
                      Defendant.      )   Time:  8:30 a.m.
16  _____      Judge: Hon. Morrison C. England

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, WILLIAM WONG, Assistant United States

19  Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal

20  Defender, attorney for Defendant, that the previously scheduled status

21  conference hearing date of June 21, 2005 be vacated and the matter set

22  for status conference on June 28, 2005 at 8:30 am.

23       This continuance is requested to allow defense counsel additional

24  time to review discovery with the defendant, to examine possible

25  defenses and to continue investigating the facts of the case.

26       Accordingly, all counsel and the defendant agree that time under

27  the Speedy Trial Act from the date this stipulation is lodged, through

28  June 28, 2005, should be excluded in computing the time within which

1  trial must commence under the Speedy Trial Act, pursuant to Title 18

2  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

3  DATED:  June 20, 2005.                    Respectfully submitted,

4                                            QUIN DENVIR
                                             Federal Public Defender

5                                            Mark J. Reichel

6  DATED:  June 20, 2005.                    /s/MARK J. REICHEL_____

7                                            MARK J. REICHEL
                                             Assistant Federal Defender

8                                            Attorney for Defendant

9                                            McGREGOR SCOTT

10                                           United States Attorney

11

12 DATED:  June 20, 2005.                    /s/MARK J. REICHEL for___

                                             WILLIAM WONG

13                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff

14

15                          **O R D E R**

16    **IT IS SO ORDERED.**  Time is excluded in the interests of justice

17 pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

18

19 DATED: June 20, 2005

20

21

22  _____

    MORRISON C. ENGLAND, JR

23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28