QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DWIGHT FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )  NO. CR.S-03-371-MCE
          Plaintiff,                )
                                    )
     v.                             )      **AMENDED**
                                    )   **STIPULATION AND ORDER;**
                                    )     **EXCLUSION OF TIME**
                                    )
DWIGHT FOWLER,                      )
                                    )  Date: August 8, 2005
          Defendant.                )  Time: 2:00 p.m.
_____            Judge: Hon. Morrison C. England

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of July 26, 2005 be vacated and the matter set for a change of plea on August 8, 2005 at 2:00 p.m.

    This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 8, 2005, should be excluded in computing the time within which

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 29, 2005.                    Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender

                                         Mark J. Reichel

DATED: July 29, 2005.                    /s/MARK J. REICHEL
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Defendant


                                         McGREGOR SCOTT
                                         United States Attorney


DATED: July 29, 2005.                    /s/MARK J. REICHEL for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2