1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2727

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-03-0371-MCE
                                  )
12           Plaintiff,           )  STIPULATION AND ORDER
                                  )
13      v.                        )
                                  )
14 DWIGHT JAMES FOWLER,           )  DATE: August 8, 2005
                                  )  TIME: 2:00 p.m.
15           Defendant.           )  CTRM: Hon. Morrison C. England, Jr.
   _____)

16

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and defendant Dwight James Fowler, through his counsel of

21 record, Mark J. Reichel, Assistant Federal Defender, hereby submits

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                   1

1  this request to change the date for entry of plea from August 8,

2  2005, at 2:00 p.m., to August 15, 2005, at 10:30 a.m.

3  DATED:  August 15, 2005              McGREGOR W. SCOTT
                                        United States Attorney
4

5                                 By:  /s/ WILLIAM S. WONG
                                       WILLIAM S. WONG
6                                      Assistant U.S. Attorney

7
   DATED:  August 5, 2005              QUIN A. DENVIR
8                                      Federal Defender

9

10                                By:  /s/ MARK J. REICHEL
                                       MARK J. REICHEL
11                                     Assistant Federal Defender
                                       Authorized by Matthew Bockman
12                                        Assistant Federal Defender

13                                O R D E R

14

15       IT IS HEREBY ORDERED.

16  DATED: August 12, 2005

17

18

19  _____

20  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28