```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-cr-0371 MCE |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND ~~PROPOSED~~ ORDER RESETTING STATUS REGARDING SENTENCING |
| DWIGHT FOWLER, et al., ) | DATE: April 4, 2006 |
|    Defendants. ) | TIME: 8:30 a.m. |
| _____) | CTRM: Hon. Morrison C. England, Jr. |

  It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for Plaintiff; and Mark Reichel, Assistant Federal Defender for defendant DWIGHT FOWLER, as follows:

  It is agreed that the current sentencing status conference date of January 31, 2006 be vacated, and a new date of April 4, 2006 at

///
///
///
///
///
///

1

8:30 a.m. be set.  Therefore, a continuance is requested.  There is no need for an exclusion of time.

Dated: January 31, 2006

                                          Respectfully submitted,

                                          /s/ Mark Reichel
                                          MARK REICHEL, AFD
                                          Attorney for Defendant
                                          DWIGHT FOWLER

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated: January 31, 2006            /s/ William S. Wong
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney

---

## ORDER

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further sentencing status conference as set forth above.

**IT IS SO ORDERED.**

Dated: February 3, 2006

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE