IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DWAYNE LAMONT SLATER, et al.,<br><br>                Defendants. | CASE NO. 2:03-CR-0371 MCE<br><br>[~~PROPOSED~~] ORDER SEALING EXHIBIT 1 TO GOVERNMENT'S CONSOLIDATED OPPOSITION TO DEFEDNANTS' MOTIONS UNDER 28 U.S.C. § 2255 |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 1 to the consolidated Opposition filed by the United States, Docket No. 1051, in response to the defendants' Motions under 28 U.S.C. § 2255 shall be SEALED until further order of this Court.

Dated: 10/19/16

*Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE