HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Movants-Defendants
MICHAEL WILLIAMS
BRENT DELVALEN BLAKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.  2:03-cr-00371 MCE EFB |
| Respondent-Plaintiff, | ~~PROPOSED~~ **ORDER** |
| v. | |
| MICHAEL WILLIAMS and BRENT DELVALEN BLAKE, | |
| Movants-Defendants. | |

For good cause shown, Defendants-Movants are granted an extension to and including November 18, 2016, to file their replies to the government's opposition.

IT IS SO ORDERED.

DATED: November 21, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE